In the Matter of FRANK ACIERNO, Appellant-Respondent, v. HARRY BARR et al., Constituting the Board of Zoning Appeals of the Incorporated Village of East Hills, Respondents-Appellants.—

Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.